NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

James D. Orr
4880 Ariano Drive
Cypress, CA 90630
(406) 890-1929
jdjames.orr@gmail.com
In Pro Per

FILED

CLERK, U.S. DISTRICT COURT

07/13/2026

CENTRAL DISTRICT OF CALIFORNIA

BY_____mba_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

ATTORNEY(S) FOR: James D. Orr, Pro Se Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

James D. Orr

Plaintiff(s),

v.

Experian Information Solutions, Inc.; Equifax
Information Services LLC; TransUnion LLC;
JPMorgan Chase Bank, N.A.; Bank of America, N.

Defendant(s)

CASE NUMBER:

8:26-cv-01870-JVS-JDEx

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:     THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for ___James D. Orr, Appearing in Pro Per,___
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Experian Information Solutions, Inc. | Defendant - publicly traded (EXPGY) |
| Equifax Information Services LLC | Defendant - publicly traded (EFX) |
| TransUnion LLC | Defendant - subsidiary of TransUnion (TRU) |
| JPMorgan Chase Bank, N.A. | Defendant - subsidiary of JPMorgan Chase & Co. (JPM) |
| Bank of America, N.A. | Defendant - subsidiary of Bank of America Corp. (BAC) |

July 14, 2026
Date

/s/ James D. Orr
Signature

Attorney of record for (or name of party appearing in pro per):

James D. Orr, Pro Se Plaintiff

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES