## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| James D. Orr | **CASE NUMBER** |
| | 8:26-cv-01870-JVS-JDE |
| PLAINTIFF(S) | |
| v. | |
| Experian Information Solutions, Inc. et al | **ORDER RETURNING CASE FOR REASSIGNMENT** |
| DEFENDANT(S). | |

IT IS ORDERED that the above-entitled case is hereby returned to the Clerk for random reassignment pursuant to the provisions of this Court's General Order in the Matter of Assignment of Cases and Duties to District Judges.

July 30, 2026
_____
Date

_____
United States District Judge

---

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge _____David O. Carter_____ for all further proceedings.
On all documents subsequently filed in this case, please substitute the initials _____DOC_____ after the case number in place of the initials of the prior judge so that the case number will read 8:26-cv-01870-DOC-(JDEx)
This is very important because documents are routed to the assigned judge by means of the initials.

cc:  ☒ *Previous Judge*    ☐ *Statistics Clerk*

CV-89 (06/23)                     ORDER RETURNING CASE FOR REASSIGNMENT