**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| James D. Orr, | CASE NUMBER: |
| PLAINTIFF(S)<br>v. | 8:26-cv-01870-DOC-JDE |
| Experian Information Solutions, Inc., et al., | **NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |
| DEFENDANT(S). | |

**PLEASE TAKE NOTICE:**

The following **deficiencies** have been found with your filed document:

| 8/8/26 | N/A | Letter |
|---|---|---|
| Date Filed | Document No. | Title of Document |

**Deficiencies:**

Local Rule 11-3.8 title page is missing, incomplete, or incorrect
Document lacks required signature
Document linked incorrectly to the wrong document/docket entry
Document submitted in the wrong case
Incorrect document is attached to the docket entry
Incorrect event selected.  Correct event to be used is _____
Proposed document was not submitted or was not submitted as a separate attachment
Other:

**Motion-Related Deficiencies:**

Local Rule 7-3 compliance statement missing
Local Rules 6-1, 7-9, 7-10 motion, opposition, or reply papers untimely
Hearing information is missing, incorrect, or untimely
Local Rule 11-6 Memorandum exceeds 25 pages
☐ Other: _____

**Other Deficiencies:**

✓ Local Rule 83-2.5 no letters to the Judge
Fed. R. Civ. P. 5 no proof of service attached
Local Rule 7.1-1 no notice of interested parties
Other:

**Note:**   **In response to this notice, the Court may:  1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate.  You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Date:  8/10/26 _____

By:  B. Mendoza _____
Deputy Clerk