# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No. 8:26-cv-01870-DOC-JDE Date: August 14, 2026

Title: James D. Orr v. Experian Information Solutions, Inc. et al

PRESENT: THE HONORABLE DAVID O. CARTER, U.S. DISTRICT JUDGE

| Karlen Dubon | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS): ORDER FOR PLAINTIFF TO FILE REQUEST FOR SUMMONS IN ADHERENCE TO FEDERAL RULE OF CIVIL PROCEDURE 4(A)**

The Court has reviewed the most recent filings submitted in this matter (ECF 11-16) and finds that Plaintiff's Request for Clerk to Issue Summons fails to adhere to Federal Rule of Civil Procedure 4(a) in which the caption the summons requests must match the caption of the Complaint (ECF 1) verbatim.

Plaintiff is hereby ORDERED to file corrected Requests for Clerk to Issue Summons by no later than **August 21, 2026.** Captions on the summons MUST match verbatim the captions on the Complaint (ECF 1) for both the plaintiff and the defendants. *See Notice of Deficiencies in Request to Issue Summons (ECF 17 and 18)*.

Plaintiff shall file the corrected Requests for Clerk to Issue Summons that conforms exactly to the format of the sample summons attached hereto. https://apps.cacd.uscourts.gov/cm-api/dwwwroot/AO-440-Summons-Example.pdf

Plaintiff is advised that continuing to file non-compliant, deficient, and/or duplicative documents may result in further delay or dismissal of the case.

Plaintiff is encouraged to contact the CACD Pro Se clinic for assistance. https://prose.cacd.uscourts.gov/

**cc: Plaintiff James D. Orr**
**< jdjames.orr@gmail.com >**

Initials of Deputy Clerk: kdu

# UNITED STATES DISTRICT COURT

for the

Central District of California

| | | |
|---|---|---|
| Larry M. Saxon and XYZ Media Company LTD<br>*Plaintiff(s)*<br>v.<br>ABC Sales Inc., a California Corporation; ABC Sales Inc., a Delaware Corporation; ABC Sales LLC; Fourstars Co., LTD; DNC Images LLC; Axis Gordon Company; Fox Hills Data Inc.; (See attachment #1)<br>*Defendant(s)* | ) | Civil Action No. 2:19-cv-00000-CBM(JEMx) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* ABC Sales Inc., a California Corporation
1009 Nowhere Street, San Bernardino, CA 90000

ABC Sales Inc., a Delaware Corporation
C/O Terry Sampson
22001 Anywhere Lane, Wilmington, DE 19803
(See attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Abogado Sullivan and Costanzo LLP
Beverly Abogado
1000 Legal Street, Suite 500
Los Angeles, CA 90012

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________

____________________
*Signature of Clerk or Deputy Clerk*

SAMPLE

Civil Action No. 2:19-cv-00000-CBM(JEMx)

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

SAMPLE

**Abogado Sullivan and Costanzo LLP**
Beverly Abogado (SBN 098765)
1000 Legal Street, Suite 500
Los Angeles, CA 90012
Telephone (213) 894-0242
Facsimile (213) 894-1234
B.Abogado@law.com

Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LARRY M. SAXON; XYZ MEDIA COMPANY LTD<br><br>Plaintiffs,<br><br>vs.<br><br>ABC SALES INC., A CALIFORNIA CORPORATION; ABC SALES INC., A DELAWARE CORPORATION; ABC SALES LLC, FOURSTARS CO, LTD; DNC IMAGES LLC; AXIS GORDON COMPANY; FOX HILLS DATA INC.; MEDI-INFO USA INC., YENG MING TRANSPORT CO. AND DOES 1-10,<br><br>Defendants. | Case No.: 2:19-cv-00000-CBM(JEMx)<br><br>**COMPLAINT FOR:**<br><br>**1) BREACH OF CONTRACT**<br>**2) MISREPRESENTATION/ FRAUD**<br>**3) VIOLATIONS OF FEDERAL TRADE COMMISSION REGULATIONS**<br>**4) VIOLATIONS OF CALIFORNIA FRANCHISE AND INVESTMENT LAWS** |

By and through his undersigned counsel, Plaintiffs LARRY M. SAXON AND XYZ MEDIA COMPANY LTD ("Plaintiffs") brings this action, individually and derivatively on behalf of XYZ MEDIA COMPANY LTD



SAMPLE

UNITED ST ATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

LARRY SAXON v. ABC SALES INC., et al.
2:19-cv-00000-CBM(JEMx)

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

ABC SALES INC., A CALIFORNIA CORPORATION
1009 Nowhere Street
San Bernardino, CA 90000

ABC SALES INC., A DELAWARE CORPORATION
C/O Terry Sampson
Wilmington District Office
22001 Anywhere Lane
Wilmington, DE 19803

ABC SALES LLC
2000 Axis Road, 2nd Floor
Laguna Niguel, CA 92677

FOURSTARS CO, LTD
999 North Harvey Road, Suite 200
Wilmington, CA 90012

DNC IMAGES LLC
350 Pennsylvania Ave., NW
Washington, D.C. 20530-0001

AXIS GORDON COMPANY.
911 Shardt Street
San Bernardino, CA 92408

FOX HILLS DATA INC.
999 North Campdon Road, Suite 1100
Carson, CA 90317

MEDIA-INFO USA INC.
333 State Ave., NW
Los Angeles, CA. 90012

YENG MING TRANSPORT CO.
445 Oxford Circle, #115
Torrance, CA 92408

SAMPLE