AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the Central District of California

**JAMES D. ORR,**

*Plaintiff(s)*

v.

EXPERIAN INFORMATION SOLUTIONS, INC.;
(See Attachment #1)

*Defendant(s)*

Civil Action No. 8:26-cv-01870-DOC-JDE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

EXPERIAN INFORMATION SOLUTIONS, INC.;
c/o C T Corporation System
330 N. Brand Blvd., Suite 700
Glendale, CA 91203
EQUIFAX INFORMATION SERVICES LLC,
c/o Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833
(See Attachment #2)

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

James D. Orr (Pro Se)
4880 Ariano Drive
Cypress, CA 90630
Tel.: (406) 890-1929
Email: jdjames.orr@gmail.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ______________

______________________
*[redacted]nature of Clerk or Deputy Clerk*

Civil Action No. 8:26-cv-01870-DOC-JDE

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc:

FEE PAID

James D. Orr (Pro Se)
4880 Ariano Drive
Cypress, CA 90630
Tel: (406) 890-1929
Email: jdjames.orr@gmail.com

FILED
CLERK, U.S. DISTRICT COURT
07-13-2026
CENTRAL DISTRICT OF CALIFORNIA
BY mba DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

**JAMES D. ORR,**

Plaintiff,

v.

**EXPERIAN INFORMATION SOLUTIONS, INC.;**
**EQUIFAX INFORMATION SERVICES LLC;**
**TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC.;**
**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION;**
**BANK OF AMERICA CORPORATION,**

Defendants.

**Case No.** 8:26-cv-01870-JVS-JDEx

**VERIFIED COMPLAINT FOR DAMAGES**

1. Violations of the Fair Credit Reporting Act (15 U.S.C. § 1681, et seq.)

**DEMAND FOR JURY TRIAL**

## INTRODUCTION

1. Plaintiff James D. Orr brings this action under the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ("FCRA"), against Consumer Reporting Agencies Experian, Equifax, and TransUnion, and Furnishers JPMorgan Chase Bank, N.A., and Bank of America Corporation. Defendants willfully and negligently failed to conduct reasonable reinvestigations of disputed information, failed to maintain maximum possible accuracy, and engaged in a deceptive "shell game" of bouncing disputed accounts between third-party collectors and the original furnishers to evade their statutory duties, resulting in severe financial and emotional harm to Plaintiff, including the denial of credit from BMW Financial Services, American Express, and others, and causing Plaintiff such severe psychological injury that he was compelled to take a stress-related medical leave of absence from employment.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JAMES D. ORR v. EXPERIAN INFORMATION SOLUTIONS, INC., et al.
8:26-cv-01870-DOC-JDE

ATTACHMENT #2 TO SUMMONS

**DEFENDANTS TO BE SERVED:**

**EXPERIAN INFORMATION SOLUTIONS, INC.;**
c/o C T Corporation System
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

**EQUIFAX INFORMATION SERVICES LLC,**
c/o Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

**TRANSUNION RISK AND ALTERNATIVE DATA SOLUTIONS, INC.;**
c/o Corporation Service Company
2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

**JPMORGAN CHASE BANK. NATIONAL ASSOCIATION;**
c/o C T Corporation System
330 N. Brand Blvd., Suite 700
Glendale, CA 91203

**BANK OF AMERICA CORPORATION,**
c/o C T Corporation System
330 N. Brand Blvd., Suite 700
Glendale, CA 91203