# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. ORR, PLAINTIFF(S) v. EXPERIAN INFORMATION SOLUTIONS, Inc. DEFENDANT(S). | CASE NUMBER: 8:26-cv-01870-DOC-JDE |
| | **NOTICE TO FILER OF DEFICIENCIES IN REQUEST FOR ISSUANCE OF SUMMONS** |

**PLEASE TAKE NOTICE:**

The following deficiencies have been found with your filed document:

| Date Filed | Document No. | Title of Document |
|---|---|---|
| 8/16/2026 | N/A | Request for Issuance of Summons |

Deficiencies:

Incorrect case number/judge(s) initials.

Summons caption does not match complaint verbatim. If party names do not fit in caption space provided, enter only the name of the first party and write "see attached," then attach face page of complaint or addendum to summons.

Summons is not directed to the defendant(s).

Name and address of counsel for plaintiff(s)/petitioner(s) are missing.

Issuance date and clerk signature line are not blank.

Other Deficiencies:

Requested summons does not match the First Amended Complaint. Additionally, the summons for Defendants Bank of America Corporation, Equifax Information Services, LLC, Experian Information Solutions, Inc., JPMorgan Chase Bank, National Association, Transunion LLC have been issued [dkt. 22, 23, 24, 25].

The summons will not be issued until the deficiencies have been corrected. Please correct the deficiencies and re-file your summons request.

Clerk, U.S. District Court

Date: 8/19/2026

By: B. Mendoza
Deputy Clerk