ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State, Bar number, and address)*:
**James Orr <Jdjames.orr@gmail.com>**
**4880 Ariano Dr**
**Cypress, CA 90630-3525**
TELEPHONE NO.: **406-890-1929** FAX NO. *(Optional)*:
E-MAIL ADDRESS *(Optional)*:
ATTORNEY FOR *(Name)*: **JAMES D. ORR**

*FOR COURT USE ONLY*

FILED
CLERK, U.S. DISTRICT COURT
09/03/2026
CENTRAL DISTRICT OF CALIFORNIA
BY BOM DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

**United States District Court, Central District of California**
STREET ADDRESS: **255 East Temple St.**
MAILING ADDRESS: **255 East Temple St.**
CITY AND ZIP CODE: **Los Angeles 90012**
BRANCH NAME: **Edward R. Roybal Federal Building**

PLAINTIFF/PETITIONER: **JAMES D. ORR**

DEFENDANT/RESPONDENT: **EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION LLC; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; and BANK OF AMERICA, N.A.**

CASE NUMBER: **8:26-cv-01870-DOC-JDE**

Ref. No. or File No.: **JPMORGANCHASE**

# PROOF OF SERVICE OF SUMMONS

BY FAX

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of *(specify documents)*:
**SUMMONS IN A CIVIL ACTION; FIRST AMENDED VERIFIED COMPLAINT FOR DAMAGES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge; INITIAL STANDING ORDER FOLLOWING ASSIGNMENT OF CIVIL CASE TO JUDGE CARTER**

3. a. Party served *(specify name of party as shown on documents served)*:
**JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

   b. [X] Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b whom substituted service was made) *(specify name and relationship to the party named in item 3a )*:
**CT Corporation System, Registered Agent, Registered Agent of JPMORGAN CHASE BANK, NATIONAL ASSOCIATION**

4. Address where the party was served:
**330 N Brand Blvd Ste 700, Glendale, CA 91203-2336**

5. I served the party *(check proper box)*

   a. [X] **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **09/01/2026** at *(time)*: **9:58 AM**
**CT Corporation System, Registered Agent**
**I delivered the documents to CT Corporation System, Registered Agent. The individual appeared to be a black-haired white male contact 25-35 years of age, 5'-5'4" tall and weighing 140-160 lbs with glasses.**

   b. [ ] **by substituted service.** On *(date)*: at *(time)*: I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) [ ] **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him or her of the general nature of the papers.

   (2) [ ] **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) [ ] **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him or her of the general nature of the papers.

| PLAINTIFF/PETITIONER: JAMES D. ORR | CASE NUMBER: 8:26-cv-01870-DOC-JDE |
|---|---|
| DEFENDANT/RESPONDENT: EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION LLC; JPMORGAN ... | |

(4) ☐ I thereafter caused to be mailed (by first class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc § 415.20). Documents were mailed on *(date):* from *(city):* **or** ☐ a declaration of mailing is attached.

(5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

c. ☐ **by mail and acknowledgement of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

(1) on *(date):* (2) from *(city):*

(3) ☐ with two copies of the *Notice and Acknowledgement of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed Notice and Acknowledgement of Receipt.)* (Code Civ. Proc., § 415.30)

(4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☐ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☒ On behalf of *(specify)* **JPMORGAN CHASE BANK, NATIONAL ASSOCIATION c/o C T Corporation System,** under the following Code of Civil Procedure section:

| | |
|---|---|
| ☒ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☐ other: |

7. **Person who served papers**

a. Name: **Hasmik Mikaelyan**
b. Address: **300 N Central Ave, apt 516, Glendale, CA 91203**
c. Telephone number: **424-400-1100**
d. The fee for service was: **$ 80.00**
e. I am:

(1) ☐ not a registered California process server.

(2) ☐ exempt from registration under Business and Professions Code section 22350(b).

(3) ☒ registered California process server:
(i) ☐ owner ☐ employee ☒ independent contractor. For: **ABC Legal Services, LLC**

(ii) ☒ Registration No.: **2025178942** Registration #: **6779**

**BY FAX**

(iii) [X] County: **County of Los Angeles, California** County: **Los Angeles**

8. [X] **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

or

9. [ ] **I am a California sheriff or marshal and I certify** that the foregoing is true and correct.

Date: 09/02/2026

**Hasmik Mikaelyan**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

(SIGNATURE)