NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

MCGUIREWOODS LLP
KELSEY D. HAINES SBN #327536
1800 Century Park East, 8th Floor
Los Angeles, CA 90067-1501
Email: KHaines@mcguirewoods.com

ATTORNEY(S) FOR: Bank of America, N. A.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JAMES D. ORR,

Plaintiff(s),

v.

EXPERIAN INFORMATION SERVICES, INC., et al.

Defendant(s)

CASE NUMBER:

8:26-cv-01870-DOC-JDE

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for BANK OF AMERICA, N.A. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Bank of America, N.A. | The non-governmental corporate party, Bank of America, N.A. is wholly owned by BAC North America Holding Company. BAC North America Holding Company is a direct, wholly owned subsidiary of NB Holdings Corporation. NB Holdings Corporation is a direct, wholly owned subsidiary of Bank of America Corporation. Bank of America Corporation is a publicly held company whose shares are traded on the New York Stock Exchange and has no parent corporation. Based on the U.S. Securities and Exchange Commission Rules regarding beneficial ownership, no other company owes more than 10% |

09/15/2026
Date

/s/ Kelsey D. Haines
Signature

Attorney of record for (or name of party appearing in pro per):

Bank of America, N.A.

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2026, I electronically transmitted the foregoing document described as **CERTIFICATION AND NOTICE OF INTERESTED PARTIES (L.R. 7.1-1)** with the clerk of the United States District Court for the Central District of California using the CM/ECF system.

By: */s/ Kelsey D Haines*
Kelsey D. Haines