MCGUIREWOODS LLP
KELSEY D. HAINES SBN #327536
1800 Century Park East
8th Floor
Los Angeles, CA 90067-1501
Telephone: 310.315.8200
Facsimile: 310.315.8210
Email: khaines@mcguirewoods.com

*Attorneys for Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| James D. Orr,<br><br>Plaintiff,<br><br>vs.<br><br>Experian Information Services, Inc. et al.,<br><br>Defendants. | CASE NO. 8:26-cv-01870-DOC-JDE<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Amended Compl. Filed: August 17, 2026<br>Amended Compl. Served: September 1, 2026<br>Current Response Date: September 22, 2026<br>New Response Date: October 22, 2026 |

Pursuant to L.R. 8-3 Plaintiff James D. Orr ("Plaintiff") and Defendant Bank of America, N.A. ("BANA" or "Defendant") (collectively, "Parties"), by and through their respective counsel of record, hereby submit this stipulation to extend time to respond to the First Amended Verified Complaint in light of the following facts:

**RECITALS**

WHEREAS, on August 17, 2026, Plaintiff filed a First Amended Verified Complaint ("Complaint") against Defendant;

WHEREAS, on September 1, 2026, Defendant was served with the Complaint;

WHEREAS, Defendant's current response deadline is September 22, 2026;

WHEREAS, Defendant desires additional time beyond September 22, 2026, to prepare a response to the Complaint;

WHEREAS, Plaintiff does not object to an extension of the response deadline;

WHEREAS, good cause exists for extending Defendant's deadline for filing a responsive pleading because Defendant requires additional time to investigate the factual and legal complexities involved in the Complaint, in order to prepare an appropriate response;

WHEREAS, this is Defendant's first stipulation to extend time to respond to the Complaint;

WHEREAS, the requested extension is not intended to cause delay or for any other improper purpose and it will not alter any date or deadline already fixed by court order; and

WHEREAS, the Parties have agreed Defendant's response to the Complaint is extended through and until October 22, 2026.

///

///

///

///

///

///

///

**STIPULATION**

THEREFORE, the Parties agree through their respective attorneys to the following:

1. Defendant's response to the Complaint is extended through and until October 22, 2026.

**IT IS SO STIPULATED.**

DATED: September 15, 2026 MCGUIREWOODS LLP

/s/ *Kelsey D. Haines*
Kelsey D. Haines. Esq.

*Attorneys for Bank of America, N.A.*

DATED: September 15, 2026 JAMES D. ORR

*/s/ James D. Orr*
James D. Orr

*Plaintiff – Pro se*

**ATTESTATION**

Pursuant to L.R. 5-4.3.4 the undersigned hereby attests that all signatories listed above, and on whose behalf this Stipulation is submitted, concur in and have authorized the filing of this Stipulation.

/s/ *Kelsey D. Haines*
Kelsey D. Haines

**CERTIFICATE OF SERVICE**

I hereby certify that on September 15, 2026, I electronically transmitted the foregoing document described as **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)** with the Clerk of the United States District Court for the Central District of California using the CM/ECF system.

/s/ *Kelsey D. Haines*
Kelsey D. Haines