Kasey J. Curtis (SBN 268173)
Email: kcurtis@reedsmith.com
Allison L. Kahn (SBN 346206)
Email: akahn@reedsmith.com
REED SMITH LLP
515 South Flower Street, Suite 4300
Los Angeles, CA 90071
Telephone: +1 213 457 8000
Facsimile: +1 213 457 8080

Attorneys for Defendant
JPMorgan Chase Bank, N.A.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. ORR,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION LLC; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; AND BANK OF AMERICA, N.A.,<br><br>Defendants. | Case No. 8:26-cv-01870-DOC-JDE<br><br>**DEFENDANT JPMORGAN CHASE BANK, N.A. FRCP 7.1 CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1**<br><br>Complaint filed: July 13, 2026<br>FAC filed: August 14, 2026 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1, the undersigned, counsel of record for Defendant JPMorgan Chase Bank, N.A., certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. Plaintiff James D. Orr;
2. Defendant JPMorgan Chase Bank, N.A.;
3. JPMorgan Chase & Co. Defendant JPMorgan Chase Bank, N.A. is a wholly-owned subsidiary of JPMorgan Chase & Co., which is a publicly held corporation; and
4. The Vanguard Group, Inc. JPMorgan Chase & Co. does not have a parent corporation, and no publicly held corporation owns 10% or more of its stock. However, The Vanguard Group, Inc., an investment adviser which is not a publicly held corporation, has reported that registered investment companies, other pooled investment vehicles and institutional accounts that it or its subsidiaries sponsor, manage or advise have aggregate ownership under certain regulations of 10% or more of the stock of JPMorgan Chase & Co.

DATED: September 18, 2026

REED SMITH LLP

By: */s/ Allison L. Kahn*
Kasey J. Curtis
Allision L. Kahn

Attorneys for Defendant
JPMorgan Chase Bank, N.A.