Kasey J. Curtis (SBN 268173)
Email: kcurtis@reedsmith.com
Allison L. Kahn (SBN 346206)
Email: akahn@reedsmith.com
REED SMITH LLP
515 South Flower St, Suite
4300 Los Angeles, CA 90071
Telephone: (213) 457-800
Facsimile: (213) 457-8080

Attorneys for Defendant
JPMorgan Chase Bank, N.A.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. ORR,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION LLC; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; AND BANK OF AMERICA, N.A,<br>Defendants. | Case No. 8:26-cv-01870-DOC-JDE<br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br>Am. Compl. filed: August 14, 2026<br>Am. Compl. Served: September 1, 2026<br>Current response date: September 22, 2026<br>New response date: October 22, 2026 |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Pursuant to Local Rule 8-3, Plaintiff James D. Orr ("Plaintiff"), and Defendant JPMorgan Chase Bank, N.A. ("Defendant") by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a First Amended Verified Complaints in the above-captioned action on August 14, 2026, (the "Complaint");

WHEREAS, Plaintiff served Defendant with the Complaint on or around September 1, 2026, and the Complaint is the first pleading served upon Defendant in this action, with the deadline to respond on September 22, 2026;

WHEREAS, Defendant recently retained counsel;

WHEREAS, on September 18, 2026, Plaintiff and counsel for Defendant conferred and agreed to stipulate to an extension of Defendant's response deadline pursuant to Local Rule 8-3;

IT IS HEREBY AGREED AND STIPULATED, pursuant to Local Rule 8-3, that the deadline for the Defendants to respond to the Complaint is hereby extended to October 22, 2026.

**IT IS SO STIPULATED.**

DATED: September 18, 2026

REED SMITH LLP

By: */s/ Allison L. Kahn*
Kasey J. Curtis
Allision L. Kahn

Attorneys for Defendant
JPMorgan Chase Bank, N.A.

DATED: September 18, 2026

JAMES D. ORR

By: *<u>/s/ James D. Orr</u>*
James D. Orr

Plaintiff – Pro Se

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Plaintiff James D. Orr. and that I have obtained Mr. Orr's authorization to affix his electronic signature to this document.

By: *<u>/s/ Allison L. Kahn</u>*
Allison L. Kahn