Jennifer M. Phelps, Esq. (SBN: 210746)
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 620
Email: jennifer.phelps@qslwm.com

Attorneys for Defendant
TRANS UNION LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES D. ORR,<br><br>Plaintiff,<br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION LLC; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; and BANK OF AMERICA, N.A.;<br><br>Defendants. | Case No.: 8:26-cv-01870-DOC-JDE<br><br>Honorable David O. Carter<br><br>**NOTICE OF APPEARANCE OF JENNIFER M. PHELPS AS COUNSEL FOR DEFENDANT TRANS UNION LLC** |

ALL PARTIES AND THEIR COUNSEL OF RECORD:

I, Jennifer M. Phelps, of Quilling, Selander, Lownds, Winslett & Moser, P.C., hereby enter my appearance as counsel for Defendant Trans Union LLC in this matter. I am a member of the State Bar of California and am admitted to practice in the Central District of California. My information is as follows:

Jennifer M. Phelps, Esq.
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 N. Meridian St., Suite 200
Indianapolis, IN 46290
(317) 497-5600, Ext. 620
(317) 899-9348 Fax
jennifer.phelps@qslwm.com

Please serve said counsel with all pleadings and notices in this action.

Respectfully submitted,

**Quilling, Selander, Lownds, Winslett & Moser, P.C.**

Date: September 21, 2026

*/s/ Jennifer M. Phelps*
Jennifer M. Phelps
Attorneys for Defendant
TRANS UNION LLC

**PROOF OF SERVICE**

I, Jennifer M. Phelps declare that I am a resident of the State of Indiana, am over the age of eighteen years and am not a party to the within action. I am employed with Quilling, Selander, Lownds, Winslett & Moser, P.C. whose address is 10333 North Meridian Street, Suite 200, Indianapolis, IN 46290. On September 21, 2026, I served the following documents: **Notice of Appearance of Jennifer M. Phelps as Counsel for Defendant Trans Union LLC**

I served the documents on the persons listed below, as follows:

| | |
|---|---|
| [ X ] | By United States mail. I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Indianapolis, IN. |
| | |
| [ X ] | By CM/ECF Notice of Electronic Filing: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court. |

All documents were sent to the following persons in the following manner:

James D. Orr
4880 Ariano Drive
Cypress, CA 90630

Allison L. Kahn, Esq.
akahn@reedsmith.com

Kelsey D. Haines, Esq.
khaines@mcguirewoods.com

I declare under penalty of perjury under the laws of the States of Indiana and California that the foregoing is true and correct, and that this Proof of Service was executed on this 21st day of September, 2026, at Indianapolis, IN.

*/s/ Jennifer M. Phelps*
Jennifer M. Phelps