Jennifer M. Phelps, Esq. (SBN: 210746)
**Quilling, Selander, Lownds, Winslett & Moser, P.C.**
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 620
Email: jennifer.phelps@qslwm.com

Attorneys for Defendant
TRANS UNION LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES D. ORR,<br><br>Plaintiff,<br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION LLC; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; and BANK OF AMERICA, N.A.;<br><br>Defendants. | Case No.: 8:26-cv-01870-DOC-JDE<br><br>Honorable David O. Carter<br><br>**DEFENDANT TRANS UNION LLC'S CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)** |

TO THE COURT AND ALL PARTIES OF RECORD:

**FED. R. CIV. P. 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned Counsel for Trans Union LLC ("Trans Union") certifies that the following listed parties are associated with Trans Union and may have a pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible

disqualification of recusal. Below identifies any parent corporation and any public held corporation owning 10% or more of its stock:

Parent Companies: Trans Union LLC is a wholly owned subsidiary of TransUnion Intermediate Holdings, Inc. TransUnion Intermediate Holdings, Inc. is wholly owned by TransUnion. TransUnion is a publicly traded entity on the New York Stock Exchange under the ticker symbol: TRU. Massachusetts Financial Services Company, a publicly traded entity, owns 10% or more of TransUnion's stock. No public company directly owns 10% or more of the ownership in Trans Union LLC.

**LOCAL RULE 7.1-1 NOTICE OF INTERESTED PARTIES**

Pursuant to Local Rule of Civil Procedure 7.1, the undersigned Counsel for Trans Union LLC ("Trans Union") certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification of recusal. Below is a list of the names of all such parties along with their identifying connection and interest:

| **Party** | **Connection/Interest** |
|---|---|
| James D. Orr | Plaintiff |
| JPMorgan Chase Bank, National Association | Defendant |
| Bank of America, N.A. | Defendant |
| Experian Information Solutions, Inc. | Defendant |
| Equifax Information Services, LLC | Defendant |
| Trans Union LLC | Defendant/Subsidiary |
| TransUnion Intermediate Holdings, Inc. | Corporate Parent |
| TransUnion | Corporate Parent |

Massachusetts Financial Services Company, Other Affiliate

Respectfully submitted,

**Quilling, Selander, Lownds, Winslett & Moser, P.C.**

Date: September 21, 2026

*/s/ Jennifer M. Phelps*
Jennifer M. Phelps
Attorneys for Defendant
TRANS UNION LLC

# PROOF OF SERVICE

I, Jennifer M. Phelps declare that I am a resident of the State of Indiana, am over the age of eighteen years and am not a party to the within action. I am employed with Quilling, Selander, Lownds, Winslett & Moser, P.C. whose address is 10333 North Meridian Street, Suite 200, Indianapolis, IN 46290. On September 21, 2026, I served the following documents: **Defendant Trans Union LLC's Certification and Notice of Interested Parties**

I served the documents on the persons listed below, as follows:

| | |
|---|---|
| [ X ] | By United States mail. I enclosed the documents in a sealed envelope or package addressed to the persons listed below and placed the envelope or package for collection and mailing in accordance with our ordinary business practices. I am readily familiar with my firm's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Indianapolis, IN. |
| | |
| [ X ] | By CM/ECF Notice of Electronic Filing: I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court. |

All documents were sent to the following persons in the following manner:

James D. Orr
4880 Ariano Drive
Cypress, CA 90630

Allison L. Kahn, Esq.
akahn@reedsmith.com

Kelsey D. Haines, Esq.
khaines@mcguirewoods.com

I declare under penalty of perjury under the laws of the States of Indiana and California that the foregoing is true and correct, and that this Proof of Service was executed on this 21st day of September, 2026, at Indianapolis, IN.

*/s/ Jennifer M. Phelps*
Jennifer M. Phelps