THOMAS P. QUINN, JR. (SBN 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorney for Defendant EQUIFAX INFORMATION SERVICES LLC,

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)**

| | |
|---|---|
| JAMES D. ORR,<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.<br>EQUIFAX INFORMATION SERVICES, LLC.,<br>TRANSUNION LLC.,<br>JPMORGAN CHASE BANK NATIONAL ASSOCIATION, *and*<br>BANK OF AMERICA N A,<br><br>Defendants. | Case No.: 8:26-cv-01870-DOC-JDE<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NO MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: July 13, 2026<br><br>Current Response Date: September 22, 2026<br><br>New Response Date: October 22, 2026 |

Plaintiff James D. Orr ("Plaintiff") and Defendant EQUIFAX INFORMATION SERVICES LLC ("Defendant"), hereby stipulate as follows:

1. Plaintiff filed the Complaint on July 13, 2026.
2. Defendant's initial deadline to respond to the Complaint is September 21, 2026.
3. Plaintiff and Defendant agree to extend the time 30 days for Defendant to respond to the Complaint up to and including October 22, 2026, so that Defendant will have

additional time to investigate this matter and the parties can explore the possibility of settlement.

This change in response deadline will not alter the date of any event or any deadline already fixed by Court order, local rules, or the Federal Rules of Civil Procedure.

Respectfully submitted September 22, 2026.

NOKES & QUINN

*/s/ Thomas P. Quinn, Jr.*
THOMAS P. QUINN, JR. (Bar No. 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
*Attorney for Defendant Equifax Information Services LLC.*

PRO SE PLAINTIFF

/s/ James D. Orr, *Esq.*
James D. Orr
4880 Ariano Drive
Cypress, CA 90630
406-890-1929
*Pro Se Plaintiff*

**SIGNATURE CERTIFICATION**

I, Thomas P. Quinn, Jr. hereby certify that the content of this document is acceptable to all parties listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.

NOKES & QUINN

/s/ Thomas P. Quinn, Jr.
THOMAS P. QUINN, JR. (Bar No. 132268)
NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
Tel: (949) 376-3500
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com
Attorney for Defendant
Equifax Information Services LLC

**CERTIFICATE OF SERVICE**

**Orr v. Equifax Information Services LLC et al.**
**8:26-cv-01870-DOC-JDE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Santa Ana, State of California, and not a party to the above-entitled cause.

On September 22, 2026, I served a true copy of

**STIPULATION TO EXTEND TIME**
**TO RESPOND TO COMPLAINT**

[ ] By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B)

[ ] By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

[X] By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the State of California that the foregoing is true and correct.

/s/ ______________________________

Place of Mailing: ______________________________

Executed on ____________________ at Santa Ana, California.



NOKES & QUINN
410 Broadway, Suite 200
Laguna Beach, CA 92651
(949) 376-3500