**VENABLE LLP**
Shannon E. Beamer (SBN 331289)
Email: SEBeamer@Venable.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

*Attorneys for Defendant*
Experian Information Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JAMES D. ORR

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION LLC; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; and BANK OF AMERICA, N.A.

Defendants.

Case No. 8:26-cv-01870-DOC-JDE

Hon. David O. Carter
Courtroom 10A

**DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF INTERESTED PARTIES PURSUANT TO L.R. 7.1-1 AND CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Action Filed: July 13, 2026
Trial Date: None Set

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Federal Rule of Civil Procedure 7.1 and L.R. 7.1-1, the undersigned counsel of record for Experian Information Solutions, Inc. ("Experian") hereby certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. This certification is made to enable the Court to evaluate possible disqualification or recusal:

1. Parent Company.

Experian plc indirectly owns 100% of Experian.

2. Subsidiaries Not Wholly Owned.

The following companies are the US-based subsidiaries of Experian plc that are not wholly owned and are not publicly traded:

a. Central Source LLC
b. Online Data Exchange LLC
c. New Management Services LLC
d. VantageScore Solutions LLC
e. Opt-Out Services LLC

3. Publicly Held Companies.

Experian plc indirectly owns 100% of Experian. Experian plc is registered as a public company in Jersey, Channel Islands, and is publicly traded on the London Stock Exchange.

Dated: September 22, 2026

VENABLE LLP

By: /s/ *Shannon E. Beamer*
Shannon E. Beamer

*Attorneys for Defendant*
Experian Information Solutions, Inc.

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

# CERTIFICATE OF SERVICE

*James D. Orr v. Experian Information Solutions, Inc., et al.*
Central District Court Case No. 8:26-cv-01870-DOC-JDE

I HEREBY CERTIFY that on September 22, 2026, I electronically filed the foregoing document(s) described as **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT** with the Clerk of the Court using the CM/ECF system, which will send a notification to the interested parties in this action.

I further certify that I have served/mailed a copy of the foregoing document(s) to the following non-CM/ECF participants or required entities via U.S. Mail, First Class, postage prepaid:

| | |
|---|---|
| James D. Orr<br>4880 Ariano Drive<br>Cypress, CA 90630<br>*jdjames.orr@gmail.com* | *PRO SE Plaintiff* |

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on September 22, 2026, at Los Angeles, California.

/s/ *Shannon E. Beamer*
Shannon E. Beamer

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900