Kasey J. Curtis (SBN 268173)
Email: kcurtis@reedsmith.com
Allison L. Kahn (SBN 346206)
Email: akahn@reedsmith.com
REED SMITH LLP
515 South Flower St, Suite 4300
Los Angeles, CA 90071
Telephone: (213) 457-800
Facsimile: (213) 457-8080

Attorneys for Defendant
JPMorgan Chase Bank, N.A.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. ORR,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION LLC; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; AND BANK OF AMERICA, N.A,<br><br>Defendants. | Case No. 8:26-cv-01870-DOC-JDE<br><br>**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO FIRST AMENDED VERIFIED COMPLAINT**<br><br>Am. Compl. filed: August 14, 2026<br>Am. Compl. Served: September 1, 2026<br>Current response date: October 22, 2026<br>New response date: November 23, 2026 |

Pursuant to Local Rule 7-1, Plaintiff James D. Orr ("Plaintiff"), and Defendant JPMorgan Chase Bank, N.A. ("Defendant") (together, the "Parties") by and through their undersigned counsel or in pro per, hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed a First Amended Verified Complaints in the above-captioned action on August 14, 2026, (the "Complaint");

WHEREAS, Plaintiff served Defendant with the Complaint on or around September 1, 2026, and Defendant's initial deadline to respond to the Complaint was September 22, 2026;

WHEREAS, on September 18, 2026, the Parties stipulated pursuant to Local Rule 8-3 to extend Defendant's deadline to respond to the Complaint to October 22, 2026 (Dkt. 39);

WHEREAS, the Parties have begun settlement discussions to explore whether the claims against Defendant can be resolved without further judicial intervention;

WHEREAS, on October 21, 2026, the Parties conferred and agreed to stipulate, to extend Defendant's response deadline to November 23, 2026; and

WHEREAS, good cause exists for the requested relief, including that: (i) the extension will allow Defendant additional time to investigate the matter and the allegations of the Complaint; (ii) the extension will allow the Parties to engage in early settlement discussions; and (iii) the extension may avoid unnecessary motion practice, thereby conserving the resources of the Parties and the Court and promoting judicial efficiency; and (iv) the extension is not sought for purposes of delay and will not prejudice any party.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, subject to the approval of the Court, that the deadline for Chase to answer or otherwise respond to the Complaint is extended from October 22, 2026 to November 23, 2026.

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**IT IS SO STIPULATED.**

DATED: October 21, 2026

REED SMITH LLP

By: */s/ Allison L. Kahn*
Kasey J. Curtis
Allision L. Kahn

Attorneys for Defendant
JPMorgan Chase Bank, N.A.

DATED: October 21, 2026

JAMES D. ORR

By: */s/ James D.Orr*
James D. Orr

Plaintiff – Pro Se

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**SIGNATURE CERTIFICATION**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I hereby certify that the content of this document is acceptable to Plaintiff James D. Orr. and that I have obtained Mr. Orr's authorization to affix his electronic signature to this document.

By: */s/ Allison L. Kahn*

Allison L. Kahn

REED SMITH LLP
A limited liability partnership formed in the State of Delaware