UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES D. ORR,<br>Plaintiff,<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION LLC; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; AND BANK OF AMERICA, N.A,<br>Defendants. | Case No. 8:26-cv-01870-DOC-JDE<br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO FIRST AMENDED VERIFIED COMPLAINT** |

Having considered the Parties' Stipulation to Extend Time to Respond to for Defendant JPMorgan Chase Bank, N.A. to Respond to the First Amended Verified Complaint, and for good cause appearing therefor, it is hereby **ORDERED** that Defendant JPMORGAN CHASE BANK, N.A. shall have up to and including November 23, 2026, to answer, move against, or otherwise respond to the First Amended Complaint.

IT IS SO ORDERED.

Dated: ______________________________

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware