Kasey J. Curtis (SBN 268173)
Email: kcurtis@reedsmith.com
Allison L. Kahn (SBN 346206)
Email: akahn@reedsmith.com
REED SMITH LLP
515 South Flower St, Suite 4300
Los Angeles, CA 90071
Telephone: (213) 457-800
Facsimile: (213) 457-8080

Attorneys for Defendant
JPMorgan Chase Bank, N.A.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JAMES D. ORR,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; TRANSUNION LLC; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; AND BANK OF AMERICA, N.A,

Defendants.

Case No. 8:26-cv-01870-DOC-JDE

**CERTIFICATE OF SERVICE**

Am. Compl. filed: August 14, 2026
Am. Compl. Served: September 1, 2026
Current response date: October 22, 2026
New response date: November 23, 2026

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

**CERTIFICATE OF SERVICE**
***James D. Orr v. Experian Information Solutions, Inc. et al***
**Central District of California Case No. 8:26-cv-01870-DOC-JDE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 515 South Flower Street, Suite 4300, Los Angeles, CA 90071. On October 21, 2026, served the following document(s) by the method indicated below:

**JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO FIRST AMENDED VERIFIED COMPLAINT**

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO FIRST AMENDED VERIFIED COMPLAINT**

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

James D. Orr
4880 Ariano Drive
Cypress, CA 90630

***Pro Per***

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on October 21, 2026, at Los Angeles, California.

Heather Valencia
Heather Valencia

REED SMITH LLP
A limited liability partnership formed in the State of Delaware