**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

James D. Orr,

Plaintiff,

vs.

Experian Information Services, Inc. et al.,

Defendants.

CASE NO. 8:26-cv-01870-DOC-JDE

**[PROPOSED] ORDER GRANTING DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

Amended Compl. Filed: August 17, 2026

**ORDER**

Defendant Bank of America, N.A. filed a Motion to Dismiss Count III in the First Amended Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), which was heard on December 7, 2026 by this Court. Having considered all papers filed in support of an in opposition to the Motion, oral arguments of counsel, and all other pleadings and papers filed herein and good cause having been shown, the Court finds as follows:

1. Bank of America, N.A.'s Motion to Dismiss is **GRANTED** in its entirety **WITH PREJUDICE;**

2. The First Amended Complaint is DISMISSED in its entirety against Bank of America, N.A. **WITH PREJUDICE**.

**IT IS SO ORDERED.**

DATED: ________________

________________________________
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I hereby certify that on October 22, 2026, I electronically transmitted the foregoing document described as **[PROPOSED] ORDER GRANTING DEFENDANT BANK OF AMERICA, N.A.'S MOTION TO DISMISS THE FIRST AMENDED COMPLAINT** with the Clerk of the United States District Court for the Central District of California using the CM/ECF system.

/s/ *Kelsey D. Haines*
Kelsey D. Haines