Name and address:
VENABLE LLP
Shannon E. Beamer (SBN 331289)
2049 Century Park East, Suite 3400
Los Angeles, CA 90067

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

JAMES D. ORR,

Plaintiff(s)

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant(s).

CASE NUMBER

8:26-cv-01870-DOC-JDE

**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Scott, Sarah L.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(410)528-4630
*Telephone Number*

(410)244-7742
*Fax Number*

SLScott@venable.com
*E-Mail Address*

of

Venable LLP
750 East Pratt Street, Suite 900
Baltimore, MD 21202
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Experian Solutions, Inc.

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)* ☒ *Defendant(s)* ☐ *Other:* ______

**and designating as Local Counsel**

Beamer, Shannon E.
*Designee's Name (Last Name, First Name & Middle Initial)*

331289
*Designee's Cal. Bar No.*

(310) 229-9900
*Telephone Number*

(310) 229-9901
*Fax Number*

SEBeamer@venable.com
*E-Mail Address*

of

Venable LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: ______

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

☐ because ______

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** ______

______
**U.S. District Judge/U.S. Magistrate Judge**