# Exhibit 1

experian. Already a member? Sign in.

# Tell us about yourself

First Name

Last Name

Current Street Address

Apt, Unit

ZIP Code

City

State

Have you lived at this address for 6 months or more? Yes No

## Create Your Account

Email Address This will be your username

Password

What is the main reason you visited Experian today?

Please select an option

*Credit score calculated based on FICO® Score 8 model. Your lender or insurer may use a different FICO® Score than FICO® Score 8, or another type of credit score altogether. Learn more.

**By clicking "Create Your Account": I accept and agree to your Terms of Use Agreement, as well as acknowledge receipt of your Privacy Policy.**

**I authorize ConsumerInfo.com, Inc., also referred to as Experian Consumer Services ("ECS"), to obtain my credit report and/or credit score(s), on a recurring basis to:**

- **Provide my credit report (and/or credit score) to me for review while I have an account with ECS.**
- **Notify me of other products and services that may be available to me through ECS or through unaffiliated third parties.**
- **Notify me of credit opportunities and advertised credit offers.**

**I understand that I may withdraw this authorization at any time by contacting ECS.**

Create Your Account

## When you register today, you'll get:

- Free Experian Credit Report and FICO® Score
- Increase your FICO® Score with Experian Boost
- Report and Score Refreshed Every 30 Days On Sign In
- FICO® Score Monitoring with Experian Data
- Experian Credit Monitoring and Alerts
- Free Dark Web Surveillance Report
- Free Personal Privacy Scan
- Credit Cards and Loans Matched for You

## Always Free. No Impact to Your Score

No purchase or credit card required. Checking your Experian credit report will never impact your credit scores.

## Safe and Secure

The information you provide will be transferred to us through a private, secure connection.

SECURED BY Entrust SSL VERIFY

TrustedSite CERTIFIED SECURE



TrustedSite CERTIFIED SECURE

© 2024 Experian. All rights reserved.

Experian and the Experian trademarks used herein are trademarks or registered trademarks of Experian Information Solutions, Inc., ConsumerInfo.com, Inc. or its affiliates. Other product or company names mentioned herein are the property of their respective owners. Licenses and Disclosures.