**VENABLE LLP**
Shannon E. Beamer (SBN 331289)
Email: SEBeamer@Venable.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

*Attorneys for Defendant*
Experian Information Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JAMES D. ORR,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION LLC; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; and BANK OF AMERICA, N.A.,

Defendants.

Case No. 8:26-cv-01870-DOC-JDE

Hon. David O. Carter
Courtroom 10A

**DECLARATION OF SARAH L. SCOTT REGARDING LOCAL RULE 7-3 MEET-AND-CONFER ON DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF AND MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**

[*Notice of Motion and Motion to Compel Arbitration and to Stay Proceedings; Declaration of Dan Smith; and [Proposed] Order filed concurrently herewith*]

Hearing Date: December 7, 2026
Hearing Time: 8:30 A.M.
Courtroom: 10A

Action Filed: July 13, 2026
Trial Date: None Set

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

# DECLARATION OF SARAH L. SCOTT

I, Sarah L. Scott, do hereby declare as follows:

1. I am an attorney at law licensed to practice in the State of Maryland. I have a pending request for admission *pro hac vice* in the above-captioned action. I am a counsel of the law firm Venable LLP ("Venable"), attorneys of record for Defendant Experian Information Solutions, Inc. ("Experian") in the above-captioned action. I have personal and firsthand knowledge of the facts set forth in this declaration and if called upon as a witness, I could and would testify competently thereto under oath. I submit this declaration in support of Experian's Notice of and Motion to Compel Arbitration and to Stay Proceedings (the "Motion").

2. I contacted Mr. Orr via email around 1:20 p.m. Eastern Time on October 14, 2026, requesting days and times between now and Tuesday, October 20, 2026, for a meet-and-confer under Local Rule 7-3 on Experian's intention to file a Motion to Compel Arbitration, under the Federal Arbitration Act. A true and correct copy of this email is attached hereto as **Exhibit A**.

3. Mr. Orr responded with email with dates and times that he was available, and we set up a meet-and-confer for Thursday, October 15, 2026, via Zoom, at 3:30 p.m. Pacific Time. A true and correct copy of our coordination emails is attached hereto as **Exhibit B**.

4. During our meeting, we discussed the proposed motion and the basis for that motion. The parties could not, however, come to an agreement.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and accurate.

Executed this 16th day of October, 2026, at Baltimore, Maryland.

Sarah L. Scott