# **Exhibit A**

**Scott, Sarah L.**

| | |
|---|---|
| **From:** | Scott, Sarah L. |
| **Sent:** | Wednesday, October 14, 2026 1:19 PM |
| **To:** | James Orr |
| **Cc:** | Beamer, Shannon E. |
| **Subject:** | Orr v. Experian Information Solutions, Inc., Case No. 8:26-cv-01870-DOC-JDE--Request for Meet-and-Confer under Local Rule 7-3 on Experian's Proposed Motion to Compel Arbitration |

Dear Mr. Orr:

I am writing to request a meet-and-confer under Local Rule 7-3 between now and Tuesday, October 20th on Experian's intention to file a Motion to Compel Arbitration in this matter, under the Federal Arbitration Act.

The meet-and-confer should either be on Zoom or over the telephone.

What days/times are you available for this meet-and-confer? Let me know a few days/times, and we can arrange a mutually agreeable conference time.

Sincerely,

Sarah

**Sarah L. Scott, Esq. | Venable LLP**
**t** 410.528.4630 | **f** 410.244.7742
750 E. Pratt Street, Suite 900, Baltimore, MD 21202

SLScott@Venable.com | www.Venable.com