# Exhibit B

**Scott, Sarah L.**

**From:** James Orr <jdjames.orr@gmail.com>
**Sent:** Wednesday, October 14, 2026 4:37 PM
**To:** Scott, Sarah L.
**Cc:** Beamer, Shannon E.
**Subject:** RE: Orr v. Experian Information Solutions, Inc., Case No. 8:26-cv-01870-DOC-JDE--Request for Meet-and-Confer under Local Rule 7-3 on Experian's Proposed Motion to Compel Arbitration

**Caution: External Email**

Perfect, sounds good. Talk to you soon.

James D. Orr, Plaintiff, pro se
(406) 890-1929

On Wed, Oct 14, 2026 01:34 PM, "Scott, Sarah L." <SLScott@venable.com> wrote:

> Dear Mr. Orr:
>
> Let’s set it up for 3:30pm Pacific Time tomorrow, October 15, 2026. I will send a Zoom invite momentarily.
>
> Sincerely,
>
> Sarah
>
> **Sarah L. Scott, Esq. | Venable LLP**
> t 410.528.4630 | f 410.244.7742
> 750 E. Pratt Street, Suite 900, Baltimore, MD 21202
>
> SLScott@Venable.com | www.Venable.com
>
> **From:** James Orr <jdjames.orr@gmail.com>
> **Sent:** Wednesday, October 14, 2026 4:29 PM
> **To:** Scott, Sarah L. <SLScott@Venable.com>
> **Cc:** Beamer, Shannon E. <SEBeamer@Venable.com>

**Subject:** RE: Orr v. Experian Information Solutions, Inc., Case No. 8:26-cv-01870-DOC-JDE--Request for Meet-and-Confer under Local Rule 7-3 on Experian's Proposed Motion to Compel Arbitration

**Caution: External Email**

---

Dear Ms. Scott:

I appreciate the communication and would be happy to discuss or answer any questions you may have.

I am available for a meet-and-confer by phone or Zoom at these times (Pacific):

- Thursday, Oct 15: anytime after 3:00pm

- Friday, Oct 16: anytime after 3:00pm

- Monday, Oct 19: anytime after 3:00pm

- Tuesday, Oct 20: anytime

Please let me know what works for you.

James D. Orr, Plaintiff, pro se
(406) 890-1929

On Wed, Oct 14, 2026 10:18 AM, "Scott, Sarah L." <SLScott@venable.com> wrote:

> Dear Mr. Orr:
>
> I am writing to request a meet-and-confer under Local Rule 7-3 between now and Tuesday, October 20th on Experian's intention to file a Motion to Compel Arbitration in this matter, under the Federal Arbitration Act.
>
> The meet-and-confer should either be on Zoom or over the telephone.
>
> What days/times are you available for this meet-and-confer? Let me know a few days/times, and we can arrange a mutually agreeable conference time.

Sincerely,

Sarah

**Sarah L. Scott, Esq. | Venable LLP**
**t** 410.528.4630 **|** **f** 410.244.7742
750 E. Pratt Street, Suite 900, Baltimore, MD 21202

SLScott@Venable.com | www.Venable.com

************************************************************************************
This electronic mail transmission may contain confidential or privileged information. If you believe you have received this message in error, please notify the sender by reply transmission and delete the message without copying or disclosing it.
************************************************************************************