**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES D. ORR,<br>Plaintiff(s),<br>v.<br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION LLC; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; and BANK OF AMERICA, N.A.,<br>Defendant(s). | Case No. 8:26-cv-01870-DOC-JDE<br>**[PROPOSED] ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS [DKT. NO. 52]** |

On October 26, 2026, Defendant Experian Information Solutions, Inc. ("Experian") filed its motion for an order compelling individual arbitration of the claims of Plaintiff James D. Orr ("Plaintiff") before the American Arbitration Association and staying these proceedings (the "Motion").

The Court, having considered Experian's Motion to Compel Arbitration and Stay Proceedings, and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Experian's Motion to Compel Arbitration and Stay Case is GRANTED; and
2. This action is hereby stayed pending resolution of the arbitration proceedings.

IT IS SO ORDERED.

Dated: ____________________________ ____________________________________

HON. DAVID O. CARTER
UNITED STATES DISTRICT JUDGE