**VENABLE LLP**
Shannon E. Beamer (SBN 331289)
Email: SEBeamer@Venable.com
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 229-9900
Facsimile: (310) 229-9901

*Attorneys for Defendant*
Experian Information Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JAMES D. ORR,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; TRANSUNION LLC; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; and BANK OF AMERICA, N.A.,

Defendants.

Case No. 8:26-cv-01870-DOC-JDE

Hon. David O. Carter
Courtroom 10A

**PROOF OF SERVICE RE: DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS**

Action Filed: July 13, 2026
Trial Date: None Set

VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

# PROOF OF SERVICE

*James D. Orr v. Experian Information Solutions, Inc., et al.*
Central District of California, Case No. 8:26-cv-01870-DOC-JDE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Venable LLP, 2049 Century Park East, Suite 3400, Los Angeles, CA 90067.

On **October 28, 2026**, I served a copy ☑ / original ☐ of the foregoing document(s) described as:

- **DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL AND TO STAY PROCEEDINGS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;**
- **DECLARATION OF DAN SMITH IN SUPPORT OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF AND MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS;**
- **DECLARATION OF SARAH L. SCOTT REGARDING LOCAL RULE 7-3 MEET-AND-CONFER ON DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF AND MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS;**
- **[PROPOSED] ORDER GRANTING DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL ARBITRATION AND TO STAY PROCEEDINGS [DKT. NO. 52];**

on the interested parties in this action addressed as follows:

James D. Orr
4880 Ariano Drive
Cypress, CA 90630
406-890-1929
Jdjames.orr@gmail.com

*PRO SE Plaintiff*

☑ By placing true copies thereof enclosed in a sealed envelope(s) addressed as stated above.

☑ **BY MAIL (FRCP 5(b)(2)(C)):** I am readily familiar with the firm's practice of collection and processing correspondence for mailing with the U.S. Postal Service. Under that practice such envelope(s) is deposited with the U.S. postal service on the same day this declaration was executed, with postage thereon fully prepaid at 2049 Century Park East, Suite 3400, Los Angeles, California, in the ordinary course of business.



VENABLE LLP
2049 CENTURY PARK EAST, SUITE 3400
LOS ANGELES, CA 90067
310.229.9900

I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on October 28, 2026, at Los Angeles, California.

Jessica B. Jaramillo