FILED
CLERK, U.S. DISTRICT COURT
11/23/2026
CENTRAL DISTRICT OF CALIFORNIA
BY mba DEPUTY
DOCUMENT SUBMITTED THROUGH THE ELECTRONIC DOCUMENT SUBMISSION SYSTEM

James D. Orr, Plaintiff Pro Se
jdjames.orr@gmail.com
Cypress, California
Telephone: 406-890-1929
Jennifer M. Phelps, Esq. (California SBN: 210746)
Email: jennifer.phelps@qslwm.com
Quilling, Selander, Lownds, Winslett & Moser, P.C.
10333 North Meridian Street, Suite 200
Indianapolis, IN 46290
Telephone: (317) 497-5600, Ext. 620
Counsel for Defendant TRANSUNION LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| JAMES D. ORR, | **Case No. 8:26-cv-01870-DOC-JDE** |
| Plaintiff, | **JOINT STIPULATION AND REQUEST TO DROP TRANSUNION LLC AND DISMISS PLAINTIFF'S CLAIMS AGAINST IT WITH PREJUDICE UNDER RULE 21** |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants. | |

Plaintiff James D. Orr, appearing pro se, and Defendant TRANSUNION LLC, through its duly authorized counsel, stipulate and jointly request that the Court enter the separately submitted proposed order under Federal Rule of Civil Procedure 21 as follows:

1. Plaintiff and TRANSUNION LLC have executed a written settlement agreement resolving Plaintiff's claims against TRANSUNION LLC in this action. The requested relief is limited to that defendant and those claims.

2. Rule 21 provides that, on motion or on its own, the Court may at any time, on just terms, add or drop a party. The settling parties request that the Court drop TRANSUNION LLC as a defendant and dismiss with prejudice all claims asserted by Plaintiff against TRANSUNION LLC in this action.

3. Plaintiff and TRANSUNION LLC shall each bear their own costs and attorneys' fees with respect to Plaintiff's claims against TRANSUNION LLC in this action.

4. The requested order does not dismiss, resolve, release, or adjudicate any claim asserted by Plaintiff against EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES LLC; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION; or BANK OF AMERICA, N.A. The action remains pending as to those defendants. The requested order does not adjudicate their defenses or alter their existing deadlines or obligations.

5. The requested order does not adjudicate or modify the rights or obligations created by the settlement agreement between Plaintiff and TRANSUNION LLC.

6. This stipulation requests a court-ordered disposition under Rule 21. It does not purport to effect dismissal without a court order. The settling parties request entry of the separate proposed order.

Dated: 11-23-2026

Signature: James D. Orr

James D. Orr, Plaintiff Pro Se

Dated: 11-23-2026

Signature: /s/ Jennifer M. Phelps

Jennifer M. Phelps, Esq.
California SBN: 210746 | jennifer.phelps@qslwm.com
Quilling, Selander, Lownds, Winslett & Moser, P.C.
Counsel for Defendant TRANSUNION LLC